No. 76–1422.  SHANAHAN *v.* RITTENHOUSE, PROSECUTOR OF HUNTERDON COUNTY.  Appeal from Super. Ct. N. J. dismissed for want of substantial federal question.

No. 76–1292.  OCEANIC CALIFORNIA, INC. *v.* NORTH CENTRAL COAST REGIONAL COMMISSION ET AL.  Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–220.  LOCAL 223, UTILITY WORKERS UNION OF AMERICA *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.;

No. 75–221.  LOCAL 17, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.;

No. 75–239.  STAMPS ET AL. *v.* DETROIT EDISON CO. ET AL.; and

No. 75–393.  DETROIT EDISON CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.  C. A. 6th Cir.  Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *International Brotherhood of Teamsters* v. *United States, ante,* p. 324.

No. 75–781.  TEAMSTERS FREIGHT, TANK LINE & AUTOMOBILE INDUSTRY EMPLOYEES, LOCAL No. 988 *v.* SABALA ET AL.;

No. 75–788.  INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. *v.* SABALA ET AL.; and

No. 76–1060.  WESTERN GILLETTE, INC. *v.* SABALA ET AL.  C. A. 5th Cir.  Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *International Brotherhood of Teamsters* v. *United States, ante,* p. 324.